# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| | : | **MAGISTRATE NO. 21-MJ-544** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | |
| **GLENN ALLEN BROOKS,** | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| Defendant. | : | |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Capitol Building or Grounds)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **GLENN ALLEN BROOKS**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President–elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

1

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **GLENN ALLEN BROOKS**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

>(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **GLENN ALLEN BROOKS**, willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before, or any deliberation of, a committee of Congress or either House of Congress.

>(**Disorderly and Disruptive Conduct in a Capitol Building or Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **GLENN ALLEN BROOKS**, willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

>(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of

Title 40, United States Code, Section 5104(e)(2)(G))

                                      Respectfully submitted,

                                      CHANNING D. PHILLIPS
                                      ACTING UNITED STATES ATTORNEY
                                      D.C. Bar No. 415793

By:                /s/ Laura E. Hill
                                      Laura E. Hill
                                      Nevada Bar No. 13894
                                      Trial Attorney, Detailed to the
                                      District of Columbia
                                      175 N Street, NE, 9th Floor
                                      Washington, D.C. 20002
                                      Phone: (202) 598-3962
                                      Laura.E.Hill@usdoj.gov