# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLENN ALLEN BROOKS<br>　　　　Defendant. | Case No. 21-CR-00503-RCL |

## NOTICE OF APPEARANCE

　　Deputy Federal Public Defender Jonathan K. Ogata, enters his Notice of Appearance on behalf of Defendant Glenn Allen Brooks.

　　Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　　Federal Public Defender


DATED:  August 11, 2021　　　　By　/s/ *Jonathan K. Ogata*
　　　　　　　　　　　　　　　　　　JONATHAN K. OGATA
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　　　(Bar No. 325914)
　　　　　　　　　　　　　　　　　　411 West Fourth Street, Suite 7110
　　　　　　　　　　　　　　　　　　Santa Ana, California  92701-4598
　　　　　　　　　　　　　　　　　　Telephone:  (714) 338-4500
　　　　　　　　　　　　　　　　　　(E-Mail:  Jonathan_Ogata@fd.org)