# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GLENN ALLEN BROOKS<br><br>　　　　Defendant. | Case No. 21-CR-00503-RCL<br><br>**ATTACHMENT "A" TO DEFENDANT'S ACCEPTANCE** |

　　　　Defendant Glenn Allen Brooks, by and through his attorney of record, Deputy Federal Public Defender Jonathan Ogata, hereby submits Attachment A to Defendant's Acceptance.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: October 28, 2021　　　By  */s/ Jonathan K. Ogata*
　　　　　　　　　　　　　　　　　　JONATHAN K. OGATA
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　　　(Bar No. 325914)
　　　　　　　　　　　　　　　　　　411 West Fourth Street, Suite 7110
　　　　　　　　　　　　　　　　　　Santa Ana, California  92701-4598
　　　　　　　　　　　　　　　　　　Telephone:  (714) 338-4500
　　　　　　　　　　　　　　　　　　(E-Mail:  Jonathan_Ogata@fd.org)

1

## ATTACHMENT A

### Defendant's Acceptance

I have read this Protective Order and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Protective Order and all matters relating to it. I fully understand this Protective Order and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Protective Order fully.

_10-28-21_  
Date

_/s/ Glenn Brooks_  
Glenn Brooks  
Defendant

7