UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GLENN ALLEN BROOKS<br>        Defendant. | Case No. 1:21-CR-00503-RCL |

### [PROPOSED] ORDER

Before the Court is Defendant's Unopposed Motion to Modify Bond. For the reasons set forth therein, Defendant's unopposed motion to modify bond is **GRANTED**.

Defendant's bond is modified as follows:

1. Defendant's passport is released for the purpose of international travel as listed below;

2. Defendant is permitted to travel internationally to Haiti to visit with two ministries (1) F.A.R.M Haiti operated by Mary Anderson Harris with U.S. operations headquarters located at 1201 1st Street NE, New Prague, MN 56071, and (2) Promise for Haiti operated by Guy Theodore M.D., with an operational address at Hospital Bienfaisance, 38 Rue de, Pignon, Haiti and U.S. operations headquarters in Belmont, NC 28012;

3. Defendant's above referenced international travel is permitted on the following travel schedule:

   a. December 12, 2021, fly to Orlando, Florida and commute to Missionary Flights International ("MFI") located at 3170 Airmans Drive, Fort Pierce, Florida 34946;

   b. December 14, 2021, board MFI's vintage DC3 with other missionaries, fly to Cap Haitien, Haiti, and clear customs before flying to a small regional dirt landing strip airport in Pignon, Haiti;

   c. December 14 through 16, 2021, conduct agricultural consultation for missionary business with the two organizations indicated above;

2

    d. December 16, 2021, reboard MFI's DC3 in Pignon, Haiti, and fly back to Fort Pierce, Florida to clear customs;

    e. December 17, 2021, return to Orlando, Florida for a flight back to Orange County, California same day.

IT IS SO ORDERED.

DATED: November ___, 2021        By _____
                                                Judge Royce C. Lamberth
                                                United States District Judge