UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 21-CR-503 (RCL) |
| | : | |
| GLENN BROOKS, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' MOTION TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANT GLENN BROOKS' MOTION FOR CHANGE OF VENUE

Defendant Glenn Brooks ("the defendant") seeks the transfer of this case to the Central District of California where he resides. To that end, the defendant filed a Motion for Change of Venue on November 12, 2021. Dkt. 20. The government filed its opposition on the same day. Dkt. 21. On November 15, 2021, the defendant filed a reply brief in which he, for the first time, makes an argument regarding prejudice—that a Washington, D.C. jury and local appointed counsel would be biased, thus requiring transfer to the defendant's home district. *See* Dkt. 23 at 4. To allow the government an opportunity to respond to this argument, the government requests leave to file the attached Sur-Reply in Opposition to Defendant's Motion for Change of Venue. Atch. 1.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:      */s/ Laura E. Hill*
Laura E. Hill
NV Bar No. 13894
Trial Attorney, detailed to the
District of Columbia
175 N Street, NE, 9th Floor

Washington, D.C. 20002
(202) 598-3962
Laura.E.Hill@usdoj.gov

## CERTIFICATE OF SERVICE

On this 16th day of November, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

> /s/
> LAURA E. HILL
> Trial Attorney