## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLENN ALLEN BROOKS,<br>Defendant. | Case No. 1:21-CR-00503-RCL |

### [PROPOSED] ORDER

Before the Court is Defendant's Unopposed Motion to Modify Bond. For the reasons set forth therein, Defendant's unopposed motion to modify bond is **GRANTED**.

Defendant's bond is modified as follows:

1. Defendant's passport is released for the purpose of international travel as listed below;
2. Defendant is permitted to travel internationally to Haiti to meet with Promise for Haiti and Dr. Guy Theodore for the purpose of volunteer work;
3. Defendant's above referenced international travel is permitted on the following dates:
    a. January 11, 2022, depart Fort Pierce and arrive in Pignon Haiti;
    b. January 17, 2022, depart Pignon and return to Fort Pierce.

IT IS SO ORDERED.

DATED: December 21, 2021           By _____
                                                             Judge Royce C. Lamberth
                                                             United States District Judge

1