## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-00503-RCL |
| Plaintiff, | |
| v. | |
| GLENN ALLEN BROOKS | |
| Defendant. | |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Jonathan K. Ogata, hereby respectfully moves this Honorable Court, for an order to permit undersigned to withdraw from further representation of defendant, Glenn Allen Brooks.

In support of the Motion undersigned counsel states:

1.      Undersigned counsel was appointed to represent Mr. Brooks on July 29, 2021, in the U.S. District Court for the Central District of California, and filed his notice of appearance in this Court on August 11, 2021.  ECF No. 8.

2.      Currently, Mr. Brooks is pending trial before this Court.

3.      On January 7, 2022, it was learned that there is a conflict of interest with the representation of Mr. Brooks.  As a result, Cuauhtemoc Ortega, Federal Public Defender for the Central District of California, informed undersigned to move to withdraw from representing Mr. Brooks.

4.      Further, the government, by and through Assistant United States Attorney Laura E. Hill, does not oppose this request.

5.      Pursuant to Local Criminal Rule 44.5, undersigned served this motion upon

Mr. Brooks, via email, on January 11, 2022.

WHEREFORE undersigned counsel respectfully requests the Court grant the Motion to

Withdraw as counsel for Mr. Glenn Allen Brooks.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  January 11, 2022          By   */s/ Jonathan K. Ogata*

JONATHAN K. OGATA
Deputy Federal Public Defender
(Bar No. 325914)
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
(E-Mail:  Jonathan_Ogata@fd.org)