UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GLENN ALLEN BROOKS <br><br> Defendant. | Case No. 21-CR-00503-RCL |

~~(PROPOSED)~~ ORDER

Defendant's Unopposed Motion to Withdraw as Counsel is **GRANTED**.

It is hereby **ORDERED** this _____ day of _____, 2022, that the Office of the Federal Public Defender for the Central District of California is permitted to withdraw as counsel for the defendant in this case. New counsel shall be designated by the Federal Public Defender in DC.

IT IS SO ORDERED.

DATED: 1/20/22    By: *Royce C. Lamberth*

The Honorable Royce C. Lamberth
United States District Judge

1