# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GLENN ALLEN BROOKS<br><br>                Defendant. | Case No.: 1:21-cr-00503-RCL-1<br><br>**NOTICE OF APPEARANCE** |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant.  Designation CJA Appointment.

Dated: January 26, 2022

                                                Respectfully submitted,

                                                _____
                                                Joseph R. Conte, Bar #366827
                                                Counsel for Glenn Allen Brooks
                                                Law Office of J.R. Conte
                                                400 Seventh St., N.W., #206
                                                Washington, D.C. 20004
                                                Phone:202.638.4100
                                                Fax:         202.628.0249
                                                E-mail:     dcgunlaw@gmail.com