# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GLENN ALLEN BROOKS<br>                Defendant. | Case No.: 1:21-cr-00503-RCL-1<br><br>**MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT INTERNATIONAL TRAVEL** |

      COMES NOW, Glenn Allen Brooks, through counsel, Joseph R. Conte, to respectfully request this honorable court to amend his conditions of release to permit him to travel to Pignon Haiti for humanitarian purposes from February 17, 2022 to February 22, 2022. As grounds for this motion counsel would state:

      1. The defendant is on release and prohibited from international travel absent leave of the court.

      2. The defendant wishes to travel to Pignon, Haiti for humanitarian purposes from February 17 to February 22, 2022.

      3. The court previously granted the defendant's first motion for travel to Haiti and that trip ended without incident.

      4. Undersigned has spoken to government counsel who has advised counsel that the government takes no position with respect to this motion.

WHEREFORE counsel respectfully requests that this motion be granted.

Dated: January 27, 2022

                                              Respectfully submitted,

                                              _____

Joseph R. Conte, Bar #366827
Counsel for Glenn Allen Brooks
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: 202.638.4100
Fax:            202.628.0249
E-mail:       dcgunlaw@gmail.com