UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GLENN ALLEN BROOKS<br><br>Defendant. | Case No.: 1:21-cr-00503-RCL-1<br><br>ORDER |

This matter is before the Court on the defendant's motion to permit the defendant to travel to Pignon, Haiti from February 17 to 22, 2022, for humanitarian purposes and the court having considered the motion it is this 28th day of January 2022,

ORDERED that the motion should be and hereby is GRANTED

SO ORDERED.

Royce C. Lamberth
United States District Judge