UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GLENN ALLEN BROOKS,<br><br>Defendant. | Case No.: 1:21-cr-00503-RCL-1<br><br>**ORDER** |

This matter is before the court on the defendant's motion to modify his conditions of release to permit him to possess firearms and the court having considered the motion and the government's response thereto it is this _____ day of _____ 2022,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED**

**SO ORDERED**

_____
Royce C. Lamberth
United States District Judge