UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00503-RCL-1 |
| v. | ORDER |
| GLENN ALLEN BROOKS | |
| Defendant. | |

This matter is before the Court on the defendant's third motion to permit the defendant to travel to Pignon, Haiti from March 29, 2022 to April 7, 2022, for humanitarian purposes and the court having considered the motion it is this __9th__ day of __March__ 2022,

**ORDERED** that the motion should be and hereby is **GRANTED**

**SO ORDERED**.

_____
Royce C. Lamberth
United States District Judge