UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00503-RCL-1 |
| v. | ORDER |
| GLENN ALLEN BROOKS | |
| Defendant. | |

This matter is before the Court on the defendant's fourth motion to permit the defendant to travel to Pignon, Haiti from May 10, 2022 to May 19, 2022, for humanitarian purposes and the court having considered the motion it is this _5th_ day of _April_ 2022,

**ORDERED** that the motion should be and hereby is **GRANTED**

**SO ORDERED.**

_____
Royce C. Lamberth
United States District Judge