# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GLENN ALLEN BROOKS,<br><br>     Defendant. | Case No.: 1:21-cr-00503-RCL-1<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

  COMES NOW, Joseph R. Conte, counsel for Glenn Allen Brooks to respectfully request leave of this honorable court to withdraw as counsel for the defendant. As grounds for this motion counsel would state:

  1. The defendant is charged with violations of 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, 18 U.S.C. §1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building, 40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds, 40 U.S.C. §5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building.

  2. Undersigned counsel entered his appearance in this matter on January 26, 2022.

  3. A trial date has not been established.

  4. Undersigned counsel and the defendant no longer enjoy a genuine attorney-client relationship; the crucial elements of trust and confidence by and

between this lawyer and defendant have been eroded beyond the point where the relationship may be satisfactorily restored.

   5. Counsel submits that granting leave to withdraw as counsel will not prejudice the parties or the Court, and/or otherwise will be in the interests of justice.

   WHEREFORE counsel respectfully requests that his motion be granted.

Dated:  April 13, 2022

               Respectfully submitted,

               _____
               Joseph R. Conte
               Counsel for Glenn Allen Brooks
               Law Office of J.R. Conte
               400 Seventh St., N.W., #206
               Washington, D.C. 20004
               Phone: 202.638.4100
               Fax: 202.628.0249
               Email:  dcgunlaw@gmail.com

*United States v. Glenn Allen Brooks,* Case No. 1:21-cr-00503-RCL-1

Motion for Leave to Withdraw as Counsel
 Page -2-

WITHDRAW 22/04/13 08:26:07

Joseph R. Conte
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIGY  that a copy of the foregoing was served on the defendant, Glenn Allen Brooks by electronic mail at glen2ns@gmail.com this 13th day of April 2022.

_____

Joseph R. Conte

| | |
|---|---|
| *United States v. Glenn Allen Brooks,*  Case No. 1:21-cr-00503-RCL-1<br><br>Motion for Leave to Withdraw as Counsel<br> Page -3-<br><br>WITHDRAW 22/04/13 08:26:07 | Joseph R. Conte<br>Law Office of J.R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone:  202.638.4100<br>Email:  dcgunlaw@gmail.com |