UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GLENN ALLEN BROOKS ,<br>        Defendant. | Case No.: 1:21-cr-00503-RCL-1<br><br>**ORDER** |

This matter is before the court on the motion of counsel for the defendant, Joseph Conte, to withdraw as counsel and the court having considered the motion it is this _____ day of _____, 2022,

      **ORDERED** that the motion should be and hereby is **GRANTED**

      **SO ORDERED.**

                                                                         _____
                                                                                   Royce C. Lambert
                                                                          United States District Judge