# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GLENN ALLEN BROOKS<br>　　　　　　Defendant. | Case No.: 1:21-cr-00503-RCL-1<br><br>**MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT INTERNATIONAL TRAVEL (FIFTH REQUEST)** |

　　　　COMES NOW, Glenn Allen Brooks, through counsel, Joseph R. Conte, to respectfully request this honorable court to amend his conditions of release to permit him to travel to Pignon Haiti for humanitarian purposes from June 30, 2022, to July 19, 2022.  As grounds for this motion counsel would state:

　　　　1.  The defendant is on release and prohibited from international travel absent leave of the court.

　　　　2.  The defendant wishes to travel to Pignon, Haiti for humanitarian purposes from June 30, 2022, to July 19, 2022.

　　　　3.  The court has previously granted the defendant's first and second third and fourth motions for travel to Haiti and those trips ended without incident.

　　　　4.  The government has previously advised that they have no position with respect to the defendant's international travel.

WHEREFORE counsel respectfully requests that this motion be granted.

Dated: June 6, 2022

          Respectfully submitted,

          _____
          Joseph R. Conte, Bar #366827
          Counsel for Glenn Allen Brooks
          Law Office of J.R. Conte
          400 Seventh St., N.W., #206
          Washington, D.C. 20004
          Phone: 202.638.4100
          Fax:       202.628.0249
          E-mail:   dcgunlaw@gmail.com