UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   USDC No. 21-cr-503 (RCL) |
| | ) |
| Glenn Allen Brooks,   *defendant*. | ) |

NOTICE OF APPEARANCE

THE CLERK WILL PLEASE NOTE the entry of appearance of Nathan I. Silver, Esq., attorney of record, appointed by this Court to represent the defendant under the Criminal Justice Act, this 9th day of June, 2022.

This notice is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon Joseph Scott McFarlane, Esq., USDOJ-Criminal Division, attorney of record for the government, via ECF this 9th day of June, 2022.

__*Nathan I. Silver*_____
*Nathan I. Silver*