UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00503-RCL-1 |
| v. | ORDER |
| GLENN ALLEN BROOKS, Defendant. | |

This matter is before the court on the motion of counsel for the defendant, Joseph Conte, to withdraw as counsel and the court having considered the motion it is this ___9th___ day of ___June___, 2022,

**ORDERED** that the motion should be and hereby is **GRANTED**

**SO ORDERED.**

_____
Royce C. Lambert
United States District Judge