UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
|  | ) |
| v. | )   USDC No. 21-cr-503 (RCL) |
| Glenn Allen Brooks,       *defendant*. | ) |

MOTION TO PERMIT TRAVEL

Defendant, through undersigned counsel Nathan I. Silver, II, Esq. ("counsel"), appointed by this Court under the Criminal Justice Act, respectfully moves the Court to permit defendant's travel to and from Haiti, during the period (inclusive) from September 15 to October 6, 2022. The reasons follow

1. Defendant is charged in a four-count criminal information with misdemeanor offenses the government alleges he committed on January 6, 2021, at the United States Capitol. Those offenses are Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; and Parading, Demonstrating, or Picketing in a Capitol Buildings, violations of 18 U.S.C. §§ 1752(a)(1) and (a)(2), and 40 U.S.C. §§5104(e)(2)(D) and (e)(2)(G).

2. The defendant participates in a faith-based mission in Haiti to improve the delivery of electricity to farmland on the island. The mission is installing solar panels to collect energy that can be used in an electrical grid. This grid will supply energy to the agricultural community and replace one that currently operates on diesel fuel, which has become ever more costly.[1]

3. The defendant has made with the Court's permission previous visits to Haiti.

---

[1] Counsel obtained this information from Omer Shedd, M.D., active in the mission, known as Promise for Haiti, who was instrumental in attracting the defendant to participate in the group's efforts to supply electricity to this area in Haiti. Dr. Shedd is a cardiologist in the field of electrophysiology. His bio may be found at: https://www.hendrix.edu/odysseymedal/ default.aspx?id=76674

4. The defendant has demonstrated his reliability and absence of flight risk not only by adhering to previous Orders of this Court per his travel plans but also by appearing in-person for his hearings in the instant case, unusual for defendants in January 6 cases, most of whom live outside the D.C. Metropolitan area and elect to appear remotely.

5. The government informed the defendant, through counsel, that it takes no position on this motion.

6. For the reasons stated above, the defendant urges the Court to permit the defendant's travel to and from Haiti, during the period from September 15 to October 6, 2022.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Joseph S. McFarlane, Esq., DOJ-Criminal Division, 1400 New York Avenue, N.W., Washington, D.C., 20530, attorney of record for the United States, this 15th day of August, 2022.

/s/

_____
*Nathan I. Silver, II*