UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America        )
                                         )
     v.                          )       USDC No. 21-cr--503 (RCL))      ,
                                         )
Glenn Allen Brooks, *defendant*.    )

NOTICE

     The defendant, through undersigned counsel Nathan I. Silver, Esq., appointed by this Court under the Criminal Justice Act, hereby advises the Court that the government, represented by asst. U.S. Attorney Joseph S. McFarlane, does not oppose the defendant's previously filed Motion to Continue Status Hearing and Waive Time Under the Speedy Trial Act ("Motion," ECF Doc. 70).  This information was not included in defendant's Motion, as the government had not replied to the defendant's inquiry before the filing of said Motion.

     This notice is,

                       Respectfully submitted,

                       *Nathan I. Silver*

                       NATHAN I. SILVER, ESQ.
                       D.C. Bar No. 944314
                       6300 Orchid Drive, Bethesda, MD 20817
                       (301) 229-0189/(301) 229-3625 (fax)
                       Email: nisquire@aol.com

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of this Notice has been served upon Joseph S. McFarlane, Esq., United States Dept. of Justice, USAO-DC (W. Va.)  via ECF this 26th day of November, 2022.

                       __*Nathan I. Silver*_____
                       *Nathan I. Silver*