UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | USDC No. 21-cr-503 (RCL) |
| ) | |
| Glenn Allen Brooks, *defendant*. ) | |

NOTICE
(Unavailability of Defendant)

THE COURT WILL PLEASE NOTE that the defendant will not be available to appear in the above-referenced case from March 15 through March 28, 2023, owing to travel plans he has scheduled during that period.  The Court previously canceled the previous status hearing on Feb. 13, 2023, and has not yet rescheduled it.  The defendant requests that the Court accommodate his unavailability during the period specified above in rescheduling this matter.[1]

This notice is,

Respectfully submitted,

*Nathan I. Silver*

NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served upon Joseph Hutton Marshall, Esq., USDOJ-Criminal Division, attorney of record for the United States, via ECF this 27th day of February, 2023.

__*Nathan I. Silver*_____

---

[1] The defendant's practice is to appear in person and is not prepared to waive under the CARES Act or Rule 43(b) his right to do so

*Nathan I. Silver*