UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-503-RCL |
| | : | |
| GLENN ALLEN BROOKS | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO VACATE TRIAL DATE AND
## SET HEARING REGARDING MOTION TO WITHDRAW

A jury trial is currently scheduled to begin in this matter on November 30, 2023. On September 21, 2023, Nathan I. Silver, esq., counsel for Defendant Glenn Allen Brooks, moved to withdraw from further representation of the defendant, stating that "[a]n irreparable breach has developed in the relationship between the defendant and counsel." ECF No. 89. While the United States takes no position on whether the motion to withdraw should be granted, the government and the defendant jointly request that the Court vacate the November 30 trial date and set a hearing for that time where the Court may conduct a colloquy with the defendant regarding his legal representation. *E.g. United States v Wright*, 923 F.3d 183 (D.C. Cir. 2019).

[Signature block on next page.]

1

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar Number 481052


By:    */s/ Hutton Marshall*
        J. Hutton Marshall
        Raymond K. Woo
        Assistant U.S. Attorneys
        DC Bar No. 1721890
        601 D Street, N.W.
        Washington, D.C. 20579
        (202) 809-2166
        Joseph.hutton.marshall@usdoj.gov

        *Counsel for United States*


        /s/
        Nathan I. Silver, II
        LAW OFFICES OF NATHAN I. SILVER
        6300 Orchid Drive
        Bethesda, MD 20817
        (301) 229-0189
        Fax: (301) 229-3625
        Email: nisquire@aol.com

        *Counsel for Defendant Glenn Allen Brooks*