# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLENN ALLEN BROOKS, )<br>)<br>Defendant. )<br>_____ ) | No. 21-cr-503 (RCL)-1 |

## NOTICE OF APPEARANCE

Please enter the appearance of Assistant Federal Public Defender Alexis Gardner on behalf of the defendant, Glenn Brooks, in the above captioned matter.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
ALEXIS MORGAN GARDNER
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Alexis_Gardner@fd.org