UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   USDC No. 21-cr-503 (RCL) |
| | ) |
| Glenn Allen Brooks, *defendant* | ) |

ORDER

Upon good cause shown in defendant's Motion to Permit Travel, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this **23rd** day of February, the defendant is permitted to travel to and from Haiti during the period (inclusive) from March 14 to March 21, 2024, subject to providing his itinerary to his Pretrial Services Agency officer in advance of travel, including travel and housing accommodations, so long as defendant is otherwise in compliance with his pretrial release conditions in the period leading up to his date of departure.

_____
Hon. Royce C. Lamberth, SeniorJudge
United States District Court for the District of Columbia

cc:  Alexis M. Gardner, Esq.
625 Indian Avenue NW Suite 500
Washinton D.C. 20004
By ECF

Joseph S. McFarlane, Esq..
U.S. Dept. of Justice (Criminal Division)
1400 New York Ave., N.W. Washington,
D.C. 20530
By ECF