UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-503 (RCL) |
| Glenn Allen Brooks,   *defendant*. | ) | |

MOTION TO PERMIT TRAVEL

Mr. Brooks through undersigned counsel, respectfully moves the Court to permit his travel to and from Ghana, during the period (inclusive) from April 8 to April 18, 2024.

Defendant is charged in a four-count criminal information with misdemeanor offenses the government alleges he committed on January 6, 2021, at the United States Capitol. Those offenses are Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; and Parading, Demonstrating, or Picketing in a Capitol Buildings, violations of 18 U.S.C. §§ 1752(a)(1) and (a)(2), and 40 U.S.C. §§5104(e)(2)(D) and (e)(2)(G).

Mr. Brooks maintains a nonprofit, Green Jobs for Haiti. As part of the faith based missionary work, he is looking to replicate a Ghanaian biofuel vegetable oil plantation in Haiti and needs to visit West Africa to tour the farm and meet with stakeholders. Mr. Brooks has demonstrated his reliability and absence of flight risk not only by adhering to previous Orders of this Court per his travel plans but also by appearing in-person for his hearings in the instant case, unusual for defendants in January 6 cases, most of whom live outside the D.C. Metropolitan area and elect to appear remotely. The government has no objection.

For the reasons stated above, the defendant urges the Court to permit the defendant's travel to and from Ghana, during the period from April 8 to April 18, 2024.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

                                      Respectfully submitted,

                                              /s/

                **Alexis Morgan Gardner**
                Office of the Federal Public Defender
                625 Indiana Ave. NW Suite 550,
                Washington, DC 20004
                Office 202.208.7500 x 5140 |**Cell 202-394-0860**
                alexis_gardner@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Joseph S. McFarlane, Esq., DOJ-Criminal Division, 1400 New York Avenue, N.W., Washington, D.C., 20530, attorney of record for the United States, this 2nd day of January 2024.

                                              /s/
                                    _____
                                    *Alexis Morgan Gardner*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America )
)
v. ) USDC No. 21-cr-503 (RCL)
)
Glenn Allen Brooks, *defendant* )

ORDER

Upon good cause shown in defendant's Motion to Permit Travel, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this____ day of March, the defendant is permitted to travel to and from Ghana during the period (inclusive) from April 8 to 18th, 2024, subject to providing his itinerary to his Pretrial Services Agency officer in advance of travel, including travel and housing accommodations, so long as defendant is otherwise in compliance with his pretrial release conditions in the period leading up to his date of departure.

______________________________________
Hon. Royce C. Lamberth, SeniorJudge
United States District Court for the District of Columbia

cc: Alexis M. Gardner, Esq.
625 Indian Avenue NW Suite 500
Washinton D.C.
20004 By ECF

Joseph S. McFarlane, Esq..
U.S. Dept. of Justice (Criminal Division)
1400 New York Ave., N.W. Washington,
D.C.
20530
By ECF