UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America                    )
                                             )
    v.                                       )          USDC No. 21-cr-503 (RCL)
Glenn Allen Brooks,          *defendant*.    )

MOTION TO PERMIT TRAVEL

Mr. Brooks through undersigned counsel, respectfully moves the Court to permit his travel to and from Haiti, during the period (inclusive) from May 23 to May 30, 2024, and to Ghana during the period (inclusive) from June 25 to July 1, 2024.

1. Defendant is charged in a four-count criminal information with misdemeanor offenses the government alleges he committed on January 6, 2021, at the United States Capitol.  Those offenses are Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; and Parading, Demonstrating, or Picketing in a Capitol Buildings, violations of 18 U.S.C. §§ 1752(a)(1) and (a)(2), and 40 U.S.C. §§5104(e)(2)(D) and (e)(2)(G).

2. The defendant participates in a faith-based mission in Haiti to improve the delivery of electricity to farmland on the island.  The mission is installing solar panels to collect energy that can be used in an electrical grid.  This grid will supply energy to the agricultural community and replace one that currently operates on diesel fuel, which has become ever more costly.[1]

3. Mr. Brooks maintains a nonprofit, Green Jobs for Haiti.  As part of the faith based missionary work, he is looking to replicate a Ghanaian biofuel vegetable oil plantation in Haiti and needs to visit West Africa to tour the farm and meet with stakeholders.

4. The defendant has made (with the Court's permission) previous visits to Haiti and one

---

[1] Prior Counsel obtained this information from Omer Shedd, M.D., active in the mission, known as Promise for Haiti, who was instrumental in attracting the defendant to participate in the group's  efforts to supply electricity to this area in Haiti. Dr. Shedd is a cardiologist in the field of electrophysiology.  His bio may be found at: https://www.hendrix.edu/odysseymedal/ default.aspx?id=76674.

visit to Ghana.

5. The defendant has demonstrated his reliability and absence of flight risk not only by adhering to previous Orders of this Court per his travel plans but also by appearing in-person for his hearings in the instant case, unusual for defendants in January 6 cases, most of whom live outside the D.C. Metropolitan area and elect to appear remotely.

6. The government has no objection.

7. For the reasons stated above, the defendant urges the Court to permit the defendant's travel to and from Haiti, during the period from May 23 to May 30, 2024, and to and from Ghana June 25 to July 1, 2024.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

Alexis Gardiner
Diane Shrewsbury
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-503 (RCL) |
| | ) | |
| Glenn Allen Brooks, *defendant* | ) | |

ORDER

Upon good cause shown in defendant's Motion to Permit Travel, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this _____ day of April, the defendant is permitted to travel to and from Haiti during the period (inclusive) from May 23 to May 30, 2024, subject to providing his itinerary to his Pretrial Services Agency officer in advance of travel, including travel and housing accommodations, so long as defendant is otherwise in compliance with his pretrial release conditions in the period leading up to his date of departure; and it is

ORDERED, this _____ day of April, the defendant is permitted to travel to and from Ghana during the period (inclusive) from June 25 to July 1, 2024, subject to providing his itinerary to his Pretrial Services Agency officer in advance of travel, including travel and housing accommodations, so long as defendant is otherwise in compliance with his pretrial release conditions in the period leading up to his date of departure.

_____

Hon. Royce C. Lamberth, SeniorJudge
United States District Court for the District of Columbia