CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

GLENN ALLEN BROOKS

Civil/Criminal No.: 21cr503 (RCL)

## NOTE FROM JURY

1) ~~Which photo has black secret service"~~
car

2) ~~Where~~ Where were these photos taken GV 601.24, 601.16, 601.15 ~~taken on Glenn Allen Brooks phone.~~
Did they come from his phone?
            ^Glenn Brooks'

Date: 1-10-24

Time: _____

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. )   Civil/Criminal No.: __21cr503 (RCL)__
)
GLENN ALLEN BROOKS )
)

## NOTE FROM JURY

WE HAVE REACHED A UNANIMOUS VERDICT ON ALL FOUR COUNTS

Date: _____

Time: _5-10-24_