## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

**GLENN ALLEN BROOKS,**

   *Defendant.*

Case No. 1:21-cr-503-RCL

### NOTE TO JURY

The Court has received a note from the jury that asks the following questions:

- Where were these photos taken — Government Exhibits 601.24, 601.16, 601.15?

- Did they come from Glenn Brooks's phone?

These photographs are from the Cellubrite report, which according to the testimony of FBI Special Agent Jesse Kroupa would mean they were found on Mr. Brooks's phone. However, there is no testimony about these particular photos. So, there is no testimony about where the photos were taken or who took them.

Date: _____5-10-24_____
         4:25 P.m.

_____
Royce C. Lamberth
United States District Judge