UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : No. 21-cr-503 (RCL)

GLENN ALLEN BROOKS :

## VERDICT FORM

### Count One

1. How do you find Defendant Glenn Allen Brooks on the charge of entering or remaining in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(1)?

_____ Not Guilty       \_\_\_\_✓\_\_\_\_\_ Guilty

### Count Two

2. How do you find Defendant Glenn Allen Brooks on the charge of disorderly or disruptive conduct in a restricted building or grounds, in violation of 18 U.S.C. § 1752(a)(2)?

_____ Not Guilty       \_\_\_\_✓\_\_\_\_\_ Guilty

### Count Three

3. How do you find Defendant Glenn Allen Brooks on the charge of disorderly or disruptive conduct in a Capitol building or grounds, in violation of 40 U.S.C. § 5104(e)(2)(D)?

_____ Not Guilty       \_\_\_\_✓\_\_\_\_\_ Guilty

### Count Four

4. How do you find Defendant Glenn Allen Brooks on the charge of parading, demonstrating, or picketing in a Capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G)?

_____ Not Guilty       \_\_\_\_✓\_\_\_\_\_ Guilty

Dated: 5-10-24