UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| v. | )   No. 21-cr-503 (RCL) |
| **Glenn Allen Brooks** | ) |

## MOTION TO PERMIT TRAVEL

Mr. Brooks through undersigned counsel, respectfully moves the Court to permit his travel to and from Haiti, during the period (inclusive) from August 20 to August 29, 2024.

1. Mr. Brooks was convicted in a jury trial of Entering and Remaining in a Restricted Building or Grounds; Disorderly and Disruptive Conduct in a Restricted Building or Grounds; Disorderly Conduct in a Capitol Building; and Parading, Demonstrating, or Picketing in a Capitol Buildings, violations of 18 U.S.C. §§ 1752(a)(1) and (a)(2), and 40 U.S.C. §§5104(e)(2)(D) and (e)(2)(G).

2. Mr. Brooks participates in a faith-based mission in Haiti to improve the delivery of electricity to farmland on the island. The mission is installing solar panels to collect energy that can be used in an electrical grid. This grid will supply energy to the agricultural community and replace one that currently operates on diesel fuel, which has become ever more costly.

3. Mr. Brooks maintains a nonprofit, Green Jobs for Haiti. As part of the faith based missionary work, he is looking to replicate a Ghanaian biofuel vegetable oil plantation in Haiti and needs to visit West Africa to tour the farm and meet with stakeholders.

4. Mr. Brooks has made (with the Court's permission) previous visits to Haiti and one visit to Ghana.

5. Mr. Brooks has demonstrated his reliability and absence of flight risk not only by adhering to previous Orders of this Court per his travel plans but also by appearing in-person for his hearings in the instant case, unusual for defendants in January 6 cases, most of whom live outside the D.C. Metropolitan area and elect to appear remotely.

6. The government takes no position on this motion.

7. For the reasons stated above, Mr. Brooks urges the Court to permit the defendant's travel to and from Haiti, during the period from August 20 to August 29, 2024.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Alexis Gardner
Diane Shrewsbury
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| v. | ) | No. 21-cr-503 (RCL) |
| **Glenn Allen Brooks** | ) | |

**ORDER**

Upon good cause shown in defendant's Motion to Permit Travel, and other evidence in the record of this case, it shall be and hereby is,

ORDERED, this _____ day of _____, 2024, Mr. Brooks is permitted to travel to and from Haiti during the period (inclusive) from August 20 to August 29, 2024, subject to providing his itinerary to his Pretrial Services Agency officer in advance of travel, including travel and housing accommodations, so long as defendant is otherwise in compliance with his pretrial release conditions in the period leading up to his date of departure.

_____

Hon. Royce C. Lamberth, Senior Judge
United States District Court for the District of Columbia