August 14, 2014

**The Honorable Royce C. Lamberth**
United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW Suite 550
Washington, DC 20004

I have known Glenn Brooks for the last 2 years. He has been part of our local church.  He is very passionate about Green Jobs for Haiti, which has been a large part of his life since 2011. He often travels to Haiti working with the residents of Haiti to develop aviation fuel sourced from vegetation.

 I have watched him befriend a homeless man and give him positive direction.

Timothy C. Erickson DDS retired

5431 Place Lake Drive
Ft. Pierce, FL 24951