| | | |
|---|---|---|
| To: | United States District Judge, Royce C. Lamberth<br>c/o Office of the Federal Public Defender,<br>625 Indiana Ave. NW, Suite 550<br>Washington, DC 20004 | August 14, 2024 |

From:   Joseph Thinn, PE, B.S.E.E.
        Electrical Engineer
        Thinn Electrical Engineering,
        1529 West Orangewood Street,
        Orange, CA 92868
        Tel: 714.287.5525
        Fax: 714.242.1565
        Email: Joseph@ThinnEng.com


RE: Character reference letter for Glenn Brooks


Dear Judge Lamberth,

My name is Joseph Thinn, a power-systems electrical engineer (www.ThinnEng.com) who is currently commissioning 9 megawatts of generation in Texas. I have been an engineer for many years, am licensed by the State of California (License #E21093), and I am a 20+ year friend of Glenn Brooks. I first met Glenn when I volunteered for the 'Helps Ministry' of our church (Calvary Chapel, Costa Mesa). Calvary Chapel had a large congregation, and it was not uncommon to meet people for the first time who were congregants at ministry functions. The purpose of the Helps Ministry was to give physical assistance to other congregants who were elderly or otherwise disabled and in need of tasks being done around their house (fence replaced, kitchen remodeled, debris removed from backyard, weeds pulled, etc.). Glenn has a large heart for helping others who are in need, and for as long as I remember, he has always taken time away from his business (he is a carpenter by trade) and personal time to help others who were less fortunate than him. Indeed, for the last two and a half years Glenn has assisted me in going to Pignon, Haiti, and installing solar arrays and related power systems for a hospital there (L'Hopital Bienfaisance de Pignon). This hospital serves approximately 40,000 Haitians each year due to its unique style of payment (low or no pay). In general (when it comes to medical care in Haiti), the reality is that if you cannot pay in advance for your treatment, you are left to die. The hospital that Glenn has been helping me with is such that y*ou pay as much as you are able*, saving many people from suffering or worse. With the gang takeover of the ports of Haiti last year, diesel fuel skyrocketed to $50-$70 a gallon (it has since stabilized). It is because of Glenn's efforts of helping me install the solar power systems (structural help) that the hospital was able to stay open (because it had electricity).

There is no continuously functioning city-electrical grid in Pignon; if you do not have fuel for a generator, then you sit in the dark or use candles (in Pignon). In fact, I was told by a local Pignon native that when the city power *does* come on (once every 3 months and only for a few hours), they rejoice because it means the city street lights will be on that night.
Yeah.
That's the reality there.

The other reality is that Glenn is a special person because he is willing to go to Haiti to help. While it is true that other people do go to Haiti to volunteer to help, they oftentimes don't know what to do (those who know what to do aren't usually willing to go, and those who are willing to go oftentimes don't know what to do).

Glenn is that rare bird who knows what to do and is willing to go. He and I have been to Haiti together almost 10 times in the last 30 months. He is currently organizing the structural installation of a very large solar array for the hospital while I am busy with this project in Texas. It is projected that this solar array will give the hospital the complete energy independence that it desperately needs. Haiti needs people like Glenn Brooks.

Sentencing Glenn to a suspended sentence or community service will allow him to continue helping the hospital out there.

Very, very sincerely,
Joseph Thinn, PE, B.S.E.E.
Electrical Engineer
CA Lic# E21093
www.ThinnEng.com