

## Missionary Flights International

**The Honorable Royce C. Lamberth**
United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

Reference to: Glenn Allen Brooks

Dear Judge Lamberth,

  My name is Roger Sands. I am a VP of Administration for Missionary Flights International out of Ft. Pierce, FL. (www.missionaryflights.org).  Our 501(c) (3) serves close to six hundred non-profit faith-based agencies in the Caribbean Basin. We do this through cargo and mail transport, passenger service and logistics. It is through MFI that I met Glenn Allen Brooks. I have known Glenn for well over six years.

  Glenn is associated with one of our affiliate mission organizations in Pignon, Haiti. This particular organization owns and operates a hospital that serves a very poor and rural community. Glenn travels back and forth to Haiti on our aircraft so that he can help maintain the hospitals infrastructure. Recently he played a major part in the design and installation of a solar panel system that effectively supplies the whole hospital with electricity. This is significant in that local power is not dependable and the cost of diesel fuel for backup generators has become extremely expensive and almost prohibitive.

  Glenn does this at his own expense. He volunteers his time and resources. When he is around our aircraft hangar, he will always lend a hand to help load aircraft, help out with hangar maintenance or be available to accomplish any task given to him.

  Most recently, he has been working on a project that extracts oil out of a particular type of plant. This oil can be used for energy. His hopes are that he can develop a way that the local Haitian people can grow the specialized plant, extract the oil and then benefit from what it provides.

  From my perspective, Glenn Allen Brooks is a caring and giving individual. His intentions are good. At the same time, he is very much an out-of-the-box thinker and sometimes his ideas are a little quirky. Common sense might not be one of his strong suits. In the riot that Glenn was part of; it is my opinion that he literally followed the crowd without giving it much thought about the resulting ramifications. In all of my six years knowing and working with Glenn, I've never seen behaviors or actions that would say he would be harmful or hurtful to anyone. I look forward to working with him in the future.

Sincerely,

*[signature]*

Roger Sands

VP of Administration
Missionary Flights International
rsands@missionaryflights.org
Office: 772-462-2395

Missionary Flights and Services, Inc.

DBA, Missionary Flights International • 3170 Airmans Drive • Fort Pierce, Fl 34946-9131 • Telephone (772) 462-2395
www.MissionaryFlights.org