## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

GLENN ALLEN BROOKS,

    *Defendant.*

Case No. 1:21-cr-503-RCL

### ORDER

On October 11, Mr. Brooks filed a motion for a five-day furlough to assess damage to his home in the aftermath of Hurricane Milton. ECF No. 155. The government has indicated to the Court that it will not oppose the motion and defers to the Court. Pursuant to 18 U.S.C. § 3622, the Court has considered the various conditions that must be met before allowing a furlough. Of note, the Court observes that while Mr. Brooks was on pretrial supervision, he attended all Court proceedings as required and repeatedly traveled internationally with no issues. Upon review of Mr. Brooks' motion, it is hereby

**ORDERED** that Defendant's Motion for Five-Day Furlough, ECF No. 155, is **GRANTED**.

**IT IS SO ORDERED.**

Date: ___10-15-24___

                                                  Royce C. Lamberth
                                                  United States District Judge