UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-503 (RCL) |
| ) | |
| GLENN ALLEN BROOKS ) | |
| ) | |

**DEFENDANT'S AMENDED MOTION FOR TEN-DAY FURLOUGH TO ASSESS DAMAGE TO PERSONAL PROPERTY AND SAY GOODBYE TO AILING MOTHER**

Mr. Glenn Allen Brooks, through undersigned counsel, requests approval to be placed on furlough for ten days in order to assess the damage to his home since the extreme weather events of Hurricane Milton on October 9, 2024, as well as say goodbye to his mother in Virginia who is in her 90's and is not expected to live through the holidays. The hurricane, tornadoes, and flooding have damaged many neighborhoods in Mr. Brooks' home city of Vero Beach, Florida. The Court already granted him the opportunity to leave the Bureau of Prisons, travel to Vero Beach, and assess the damage to his home. Since, that time, his mother's condition has worsened, and she is no longer eating or speaking. Accordingly, he seeks approval from this Court to be placed on furlough.

"The Bureau of Prisons may release a prisoner from the place of his imprisonment for a limited period" if following conditions are met: (1) the purpose of release is consistent with (a) the purpose of the imposed sentence and (b) Sentencing Guidelines policy; (2) the release is consistent with the public policy purpose; and (3) the prisoner can be trusted to honor the end of his release date. 18

1

U.S.C. § 3622. Mr. Brooks requested to be placed on furlough by the Bureau of Prisons and was informed that he needed to receive approval from this Court for furlough.

Mr. Brooks' request for furlough should be approved because he meets the requirements to be placed on furlough according to § 3622. Neither the purpose underlying his sentence nor a policy in the Sentencing Guidelines are inconsistent with the purpose of his release. There is also no reason to believe that Mr. Brooks would flee or fail to surrender. Mr. Brooks attended all Court proceedings as required and repeatedly traveled internationally while he was on pretrial supervision with no issues. Counsel for Mr. Brooks contacted the government to get their position on this motion and did not receive a response prior to filing. Due to the time-sensitive nature of the request, counsel did not want to delay filing.

For all of reasons discussed above, the Court should grant Mr. Brooks' request for a ten-day furlough to say goodbye to his dying mother, as well as to assess the damage to his home and property in Vero Beach, Florida.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Alexis Gardner*
Alexis Gardner
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500