IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **Case No.: 21-CR-503 (RCL)** |
| **GLENN ALLEN BROOKS,** : | |
| : | |
| **Defendant.** : | |

### UNITED STATES' OPPOSITION TO DEFENDANT BROOKS' AMENDED FURLOUGH MOTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant Glenn Allen Brooks' amended motion for a 10-day furlough.[1] ECF No. 157.

After the defendant was convicted for violations of 18 U.S.C. §§1752(a)(1) and (a)(2) and 40 U.S.C. §§ 5014(e)(2)(D) and (e)(2)(G), this Court sentenced Mr. Brooks to a six-month term of incarceration. The defendant has moved for this Court to "approve" a 10-day furlough from Bureau of Prisons ("BOP") custody. ECF 157.

The defendant's motion notes that "Mr. Brooks requested to be placed on furlough by the Bureau of Prisons ("BOP") and was informed that he needed to receive approval from this Court for furlough," ECF No. 157 at 2. The BOP Office of General Counsel found no record of a prior furlough denied on that basis or that Mr. Brooks was advised such court approval was required to obtain a furlough from BOP custody.[2] To the contrary, BOP counsel provided that obtaining court

---

[1] The defendant's amended motion refers to the defendant's October 11, 2024 Motion for Five-Day Furlough, ECF No. 155, which the Court granted on October 15, 2024, ECF No. 156. Although the government deferred to the Court with respect to the defendant's October 11 motion, the government files this opposition after consultation with the Bureau of Prisons regarding their position with respect to its furlough authority.

[2] The prior order from this Court granting a five-day furlough to assess damage from the hurricane on October 15, 2024 (ECF No. 156) was processed by BOP as though Brooks submitted that

approval is not part of its requirements for approval of a furlough, and that, consistent with 18 U.S.C. § 3622, furlough requests for any BOP inmate should be submitted to the warden of the facility where the sentence is being served (here, FCI Jesup), rather than the sentencing court.

The defendant invokes 18 U.S.C. § 3622 in its motion for the Court to approve a 10-day furlough from BOP custody, but this statute empowers BOP, not the Court, to authorize the release of a prisoner for a limited time. *United States v. Kalasho*, No. 22-1091, 2022 WL 18863229, at *3 (6th Cir. Oct. 7, 2022) (citing 18 U.S.C. § 3622) ("The statute authorizing the release of a prisoner for a limited time empowers only the Bureau of Prisons to do so under certain conditions."); *See United States v. Premachandra*, 78 F.3d 589 (8th Cir. 1996) (per curiam) ("18 U.S.C. § 3622 vests authority to grant medical furloughs with the Bureau of Prisons (BOP), not the federal courts[.]"); *United States v. Ren*, No. CR 21-380, 2023 WL 2278655, at *4 (E.D. Pa. Feb. 28, 2023) ("The United States argues Congress in section 3622 vests the sole authority to grant a temporary release to attend a funeral of a relative in the discretion of the Bureau of Prisons, not the Court. We agree."); *United States v. Sanchez*, No. 19-CR-360 (KMW), 2022 WL 4181790, at *1 (S.D.N.Y. Sept. 13, 2022) ("As only the Bureau of Prisons has the authority to grant inmate furloughs, this Court will not consider Defendant's request. *See* 18 U.S.C. § 3622.").

Accordingly, this Court should deny the defendant's motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

---

furlough request through the proper channels. Mr. Brooks also submitted a furlough request on November 14, 2024. On November 19, 2024, BOP determined Mr. Brooks was not qualified for a furlough pursuant to BOP policy No. 5280.09.

      By: */s/ Hutton Marshall*
         Joseph Hutton Marshall
         Assistant United States Attorney
         DC Bar No. 1721890
         601 D Street, N.W.
         Washington, D.C. 20579
         (202) 809-2166
         Joseph.Hutton.Marshall@usdoj.gov

         */s/ Victoria A. Sheets*
         VICTORIA A. SHEETS
         Assistant United States Attorney
         NY Bar No. 5548623
         601 D Street, N.W.
         Washington, D.C. 20001
         (202) 252-7566
         Victoria.Sheets@usdoj.gov