## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 1:21-cr-503-RCL |
| GLENN ALLEN BROOKS, | |
| *Defendant.* | |

### ORDER

Having been advised that the defendant's mother passed away on November 19, the Court expresses its sincere condolences to the defendant.  The pending motion, ECF No. 157, is denied.

**IT IS SO ORDERED.**

Date:  12-4-24

Royce C. Lamberth
United States District Judge

1