IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) Criminal No. 21-503 (RCL) |
| **GLENN ALLEN BROOKS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## O R D E R

Upon consideration of defendant Glenn Allen Brooks's Motion for the Return of Restitution, Fines, and Fees, it is hereby

**ORDERED** that Mr. Brooks's motion is granted; and it is

**FURTHER ORDERED** that the government and/or the Clerk of the Court refund to Mr. Brooks the $1,000 he paid to the Clerk of the Court as a result of his sentence in this case, which accounted for $500 in restitution, $350 in fines, and $150 in special assessments.

**SO ORDERED** this _____ day of _____ 2025.

_____
Judge Royce C. Lamberth
United States District Court