---------- Forwarded message ---------
From: **DCDml_FinanceOffice** <DCDml_FinanceOffice@dcd.uscourts.gov>
Date: Fri, Mar 14, 2025 at 10:39 AM
Subject: Status of Refund Request (DCD Case No. 21-CR-503)
To: ~~[redacted]~~

Good Morning,

We have received your request for a refund of criminal debt paid in case 21-CR-503. Upon review of the case, and in accordance with official guidance from the Office of General Counsel for the Administrative Office of the U.S. Courts, it has been determined that case 21-CR-503 is eligible for a partial refund.

Criminal debt, which includes special penalty assessments, fines, and restitution, paid to the U.S. Government or to the victim(s) of a crime pursuant to a valid Judgment in a Criminal Case Order and prior to a pardon or dismissal is considered to be vested in a third party and therefore not available to be refunded. *See: Knote v. U.S., 95 U.S. 149 (1877).*

Our research on case 21-CR-503 confirms the special penalty assessment and fine (if applicable) were deposited in the Crime Victims Fund as mandated by *34 U.S.C. §20101* and are no longer in the possession of the Judiciary. Further, the restitution paid in this case was partially disbursed to the victim(s) prior to the pardon or dismissal. Accordingly, $500.00 of criminal debt paid in this case is vested in a third party and is not eligible for a refund and $500.00 is still in possession of the Judiciary and is available for a refund.

A court order is required to obtain the refund for $500.00. A motion requesting the refund must be filed in case 21-CR-503 along with the official Certificate of Pardon. To request the Certificate of Pardon, please contact the Office of the Pardon Attorney at (202) 616-6070 or e-mail USPardon.Attorney@usdoj.gov.



**Finance Office**
**U.S. District & Bankruptcy Courts for the District of Columbia**
333 Constitution Avenue NW, Washington, DC 20001
Phone: (202) 354-3100 | E-mail: dcdml_FinanceOffice@dcd.uscourts.gov