UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNTIED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-503 (RCL) |
| ) | |
| GLENN ALLEN BROOKS, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

On July 9, 2025, this Court ordered the government to file a supplemental notice informing the Court as to the location of Mr. Brooks's funds. Minute Order of July 9, 2025. To date, the government has not complied with that Order.

It is therefore **ORDERED** that the government shall, within ten (10) days of this Order, show cause as to why this Court should not hold its lawyers in contempt of court for failing to comply with the Court's July 9 Order.

It is **SO ORDERED**.

Date: __ July 2025

Royce C. Lamberth
United States District Court Judge