UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 1:21-cr-00503 (RCL) |
| v. : | |
| : | |
| GLENN ALLEN BROOKS, : | |
| Defendant. : | |

**UNITED STATES' RESPONSE TO COURT'S JULY 22, 2025 ORDER**

The United States of America, by and through its Attorney, the United States Attorney for the District of Columbia, respectfully files this response to the Court's July 22, 2025, Order. Accordingly, the government now files this response.

On April 15, 2025, defendant filed a Motion for Return of Restitution, Fines, and Fees (ECF 167). In the defendant's motion, defendant represented that the government did not oppose the requested relief. On July 9, 2025, this Court ordered that "within 7 days of the issuance of this Order, the government shall file a supplemental notice informing the Court as to the location of Mr. Brooks's funds. That notice must state specifically whether Mr. Brooks's funds have ever passed into the custody of the United States Treasury. It is further Ordered that the government shall not remit the funds that are the subject of Mr. Brooks's Motion until the Court has ruled on that Motion." On July 22, 2025, the Court further ordered that "the United States shall file a Show Cause Response by 8/1/2025."

Per the Finance Office's email, attached to the defendant's Motion, as of March 14, 2025, "the special penalty assessment and fine (if applicable) were deposited in the Crime Victims Fund as mandated by 34 U.S.C. §20101 and [were] no longer in the possession of the Judiciary. Further, the restitution paid in this case was partially disbursed to the victim(s) prior to the

1

pardon or dismissal. . . $500.00 [was] still in possession of the Judiciary and [was] available for a refund." On July 31, 2025, the government confirmed with the Finance Office at the U.S. District & Bankruptcy Courts for the District of Columbia that $500 of defendant's fines, special assessments, and restitution remain in the possession of the Judiciary and are available for a refund.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        United States Attorney

By:   /s/
        Kacie M. Weston
        Chief, Special Proceedings Division
        MD Bar
        601 D Street, N.W.
        Washington, D.C. 20579
        (202) 252-7509
        kacie.weston@usdoj.gov

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that I caused a copy of the government's response to be served on counsel of record by CaseFileXpress, on Thursday, July 31, 2025.

/s/_____
Kacie M. Weston
Assistant United States Attorney